WRIGHT, FINLAY & ZAK, LLP
Dana Jonathon Nitz, Esq.
Nevada Bar No. 0050
Paterno C. Jurani, Esq.
Nevada Bar No. 8136
Natalie C. Lehman, Esq.
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
pjurani@wrightlegal.net
*Attorneys for Plaintiff, Deutsche Bank National Trust Company, As Trustee for Residential Asset Securitization Trust 2006-A3CB Mortgage Pass-Through Certificates Series 2006-C*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A3CB MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-C;<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC; ALIANTE MASTER ASSOCIATION; NEVADA ASSOCIATION SERVICES, INC.;<br><br>Defendants. | Case No.: 2:17-cv-02638-GMN-GWF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE OPPOSITION TO ALIANTE MASTER ASSOCIATION'S MOTION TO DISMISS COMPLAINT (FIRST REQUEST)** |

COMES NOW Plaintiff, Deutsche Bank National Trust Company, As Trustee for Residential Asset Securitization Trust 2006-A3CB Mortgage Pass-Through Certificates Series 2006-C (hereinafter "Deutsche Bank" or "Plaintiff"), by and through its attorneys of record, the law firm of Wright, Finlay & Zak, LLP, and Defendant, Aliante Master Association (hereinafter "Aliante"), by and through its attorneys of record, Leach Johnson Song & Gruchow, and hereby stipulate and agree that Plaintiff shall have an extension of time of seven (7) days, up to and including December 4, 2017, in which to file its Opposition to ALIANTE MASTER ASSOCIATION'S MOTION TO DISMISS COMPLAINT [ECF No. 10]. The requested extension is necessary to allow Plaintiff to fully evaluate and address the arguments in the

motion. Plaintiff's Opposition is currently due to be filed on or before November 27, 2017.

This is the parties' first request for an extension. This request is made in good faith and not for purposes of delay or prejudice to any party.

**IT IS SO STIPULATED.**

Dated this 27th day of November, 2017.　　　　Dated this 27th day of November, 2017.

WRIGHT, FINLAY & ZAK, LLP　　　　　　　LEACH JOHNSON SONG & GRUCHOW

*/s/ Paterno C. Jurani, Esq.*　　　　　　　　　*/s/ T. Chase Pittsenbarger, Esq.*
Paterno C. Jurani, Esq.　　　　　　　　　　　Sean L. Anderson, Esq.
Nevada Bar No. 8136　　　　　　　　　　　　Nevada Bar No. 7259
7785 W. Sahara Ave., Suite 200　　　　　　　T. Chase Pittsenbarger, Esq.
Las Vegas, NV 89117　　　　　　　　　　　　Nevada Bar No. 13740
*Attorneys for Plaintiff, Deutsche Bank National Trust Company, As Trustee for Residential Asset Securitization Trust 2006-A3CB Mortgage Pass-Through Certificates Series 2006-C*

8945 W. Russell Road, Suite 330
Las Vegas, Nevada 89148
*Attorneys for Defendant, Aliante Master Association*

## ORDER

**IT IS SO ORDERED**.

Dated this __6__ day of December, 2017.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT