WRIGHT, FINLAY & ZAK, LLP
Dana Jonathon Nitz, Esq.
Nevada Bar No. 0050
Paterno C. Jurani, Esq.
Nevada Bar No. 8136
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
pjurani@wrightlegal.net
*Attorneys for Plaintiff, Deutsche Bank National Trust Company, As Trustee for Residential Asset Securitization Trust 2006-A3CB Mortgage Pass-Through Certificates Series 2006-C*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A3CB MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-C;<br><br>Plaintiff,<br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC; ALIANTE MASTER ASSOCIATION; NEVADA ASSOCIATION SERVICES, INC.;<br><br>Defendants. | Case No.: 2:17-cv-02638<br><br>**STIPULATION AND ORDER FOR POSTING OF SECURITY COSTS PURSUANT TO NRS 18.130(1)** |

COMES NOW, Plaintiff, Deutsche Bank National Trust Company, As Trustee for Residential Asset Securitization Trust 2006-A3CB Mortgage Pass-Through Certificates Series 2006-C (hereinafter "Plaintiff"), by and through its attorneys of record the law firm of Wright, Finlay & Zak, LLP; Aliante Master Association (hereinafter "Aliante"), by and through its attorneys of record, the law firm Leach Johnson Song & Gruchow; and SFR Investments Pool 1, LLC (hereinafter "SFR") by and through its attorneys of record Kim Gilbert Ebron, hereby stipulate and agree as follows:

1. On November 15, 2017, SFR demanded the deposit of a five-hundred dollar ($500.00) cost bond pursuant to NRS 18.130(1) [ECF No. 11]; and

2. Plaintiff does not oppose this demand but needs an Order from this Court before the Clerk will accept the bond.

**IT IS SO STIPULATED.**

| | |
|---|---|
| Dated this 30th day of November, 2017. | Dated this 30th day of November, 2017. |
| WRIGHT, FINLAY & ZAK, LLP | KIM GILBERT EBRON |
| */s/ Paterno C. Jurani, Esq.* | */s/ Diana S. Ebron, Esq.* |
| Paterno C. Jurani, Esq. | Diana S. Ebron, Esq. |
| Nevada Bar No. 8136 | Nevada Bar No. 10580 |
| 7785 W. Sahara Ave., Suite 200 | Jacqueline A. Gilbert, Esq. |
| Las Vegas, NV 89117 | Nevada Bar No. 10593 |
| *Attorney for Plaintiff, Deutsche Bank National Trust Company, As Trustee for Residential Asset Securitization Trust 2006-A3CB Mortgage Pass-Through Certificates Series 2006-C* | Karen L. Hanks, Esq. Nevada Bar No. 009578 7625 Dean Martin Drive, Suite 110 Las Vegas, Nevada 89139 *Attorneys for Defendant, SFR Investments Pool 1, LLC* |

Dated this 30th day of November, 2017.

LEACH JOHNSON SONG & GRUCHOW

*/s/ T. Chase Pittsenbarger, Esq.*
Sean L. Anderson, Esq.
Nevada Bar No. 7259
T. Chase Pittsenbarger, Esq.
Nevada Bar No. 13740
8945 W. Russell Road, Suite 330
Las Vegas, Nevada 89148
*Attorneys for Defendant, Aliante Master Association*

## ORDER

**IT IS SO ORDERED** that Plaintiff will post a $500.00 security cost bond, pursuant to NRS 18.130(1) with the Clerk of this Court ten (10) days after this Order is filed.

Dated this ___7___ day of December, 2017.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT JUDGE