Diana S. Ebron, Esq.
Nevada Bar No. 10580
E-mail: diana@kgelegal.com
Jacqueline A. Gilbert, Esq.
Nevada Bar No. 10593
E-mail: jackie@kgelegal.com
Karen L. Hanks, Esq.
Nevada Bar No. 9578
E-mail: karen@kgelegal.com
Kim Gilbert Ebron
*fka Howard Kim & Associates*
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A3CB MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-C,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC; ALIANTE MASTER ASSOCIATION; NEVADA ASSOCIATION SERVICES, INC.,<br><br>Defendants. | Case No.: 2:17-cv-02638-GMN-GWF<br><br>**STIPULATION AND ORDER TO SET DEADLINE ON RENEWED DISPOSITIVE MOTIONS** |
| SFR INVESTMENTS POOL 1, LLC,<br><br>Counter/Cross Claimant,<br>vs.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A3CB MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-C; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE BENEFICIARY FOR MERIDIAS CAPITAL, INC.; NORMAN R. FLEMENS, an individual,<br><br>Counter/Cross Defendants. | |

- 1 -

SFR INVESTMENTS POOL 1, LLC ("SFR"), DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A3CB MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-C's ("Deutsche" or "the Bank") and Aliante Master Association ("Association") hereby stipulate as follows:

On March 31, 2019, this Court issued an Order Granting in Part and Denying in Part the Association's Motion for Reconsideration. [ECF No. 73.]

In that Order, this Court denied as moot, without prejudice, the motions for summary judgment filed by the Bank, SFR, and the Association.

…

The parties hereby stipulate that the deadline to file renewed dispositive motions shall be **June 14, 2019** which is 45 days from today.

DATED May 1, 2019.

| | |
|---|---|
| **KIM GILBERT EBRON**<br><br>*/s/ Karen L. Hanks*<br>KAREN L. HANKS, ESQ.<br>Nevada Bar No. 9578<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, Nevada 89139<br>*Attorneys for SFR Investments Pool 1, LLC* | **LEACH KERN GRUCHOW ANDERSON SONG**<br><br>*/s/ Sean L. Anderson*<br>SEAN L. ANDERSON, ESQ.<br>Nevada Bar No. 7259<br>CHASE PITTENSBARGER, ESQ.<br>Nevada Bar No. 13740<br>2525 Box Canyon Drive<br>Las Vegas, NV 89128<br>*Attorneys for Aliante Master Association* |
| **WRIGHT FINLAY ZAK, LLP**<br><br>*/s/ Paterno C. Jurani*<br>DANA JONATHON NITZ, ESQ.<br>Nevada Bar No. 0050<br>PATERNO C. JURANI, ESQ.<br>Nevada Bar No. 8136<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, NV 89117<br>*Attorneys for Bank of New York Mellon as Trustee* | |

**ORDER**

IT IS SO ORDERED.

**DATED** this __2__ day of May, 2019.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT