WRIGHT, FINLAY & ZAK, LLP
DANA JONATHON NITZ, ESQ.
Nevada Bar No. 0050
PATERNO C. JURANI, ESQ.
Nevada Bar No. 8136
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
Tel: (702) 475-7964
Fax: (702) 946-1345
Email: pjurani@wrightlegal.net

MARNI RUBIN WATKINS, ESQ.
Nevada Bar No. 9674
FIDELITY NATIONAL LAW GROUP
2450 St. Rose Parkway, Suite 100
Henderson, NV 89074
Tel:  (702) 667-3000
Fax:  (702) 938-8721
Email:  marni.watkins@fnf.com
*Attorneys for Plaintiff/Counter Defendants Deutsche Bank National Trust Company, As Trustee for Residential Asset Securitization Trust 2016-A3CB Mortgage Pass-Through Certificates Series 2006-C*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A3CB MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-C,<br><br>Plaintiff,<br><br>v.<br><br>SFR INVESTMENTS POOL 1, LLC; ALIANTE MASTER ASSOCIATION; NEVADA ASSOCIATION SERVICES, INC.;<br><br>Defendants.<br>_____<br><br>SFR INVESTMENTS POOL 1, LLC,<br><br>Counter/Cross Claimant, | Case No. 2:17-cv-02638-GMN-GWF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR THE PARTIES TO FILE THEIR OPPOSITIONS TO THE RESPECTIVE PARTIES' MOTIONS FOR SUMMARY JUDGMENT (ECF NOS. 77, 79 & 81)**<br><br>**(First Request)** |

**Fidelity National Law Group**
2450 St. Rose Parkway
Suite 100
Henderson, Nevada 89074
(702) 667-3000

Page 1 of 4

1  v.

2  DEUTSCHE BANK NATIONAL TRUST
3  COMPANY AS TRUSTEE FOR
   RESIDENTIAL ASSET SECURITIZATION
4  TRUST 2006-A3CB MORTGAGE PASS-
   THROUGH CERTIFICATES, SERIES 2006-
5  C; MORTGAGE ELECTRONIC
   REGISTRATION SYSTEMS, INC., AS
6  NOMINEE BENEFICIARY FOR MERIDIAS
7  CAPITAL, INC.; NORMAN R. FLEMENS, an
   individual,
8
9                Counter/Cross Defendants.

10       Plaintiff/Counter-Defendant, Deutsche Bank National Trust Company, As Trustee for
11 Residential Asset Securitization Trust 2006-A3CB Mortgage Pass-Through Certificates Series
12 2006-C ("Deutsche Bank"), Aliante Master Association ("Association"), and SFR Investments
13 Pool 1, LLC ("SFR"), by and through undersigned counsel, hereby jointly submit this stipulation
14 and order to extend the parties deadlines file their responses to pending motions for summary
15 judgment (ECF 77, 79, 81), all filed June 14, 2019, from July 5, 2019, to August 2, 2019, as
16 follows: the parties stipulate to extend Plaintiff's deadline to file its oppositions to Association's
17 Renewed Motion for Summary Judgment filed on June 14, 2019 (ECF 77) and SFR's Renewed
18 Motion for Summary Judgment filed on June 14, 2019 (ECF 81), from July 5, 2019 to August 2,
19 2019, and also to extend Association and SFR's deadline to file their oppositions to Plaintiff's
20 Motion for Summary Judgment filed on June 14, 2019 (ECF 79), from July 5, 2019 to August 2,
21 2019.

22       This is the parties' first request for an extension of this deadline, and is not intended to
23 cause any delay or prejudice to any party. The parties request this extension because the
24 responses are currently due the day after the July 4th holiday, and some counsel, staff, and client
25 representatives will be away that week, and/or will be away in intervening weeks for summer
26 vacations; in addition, case counsel have obligations in multiple other matters during the same
27 timeframe.

28

**Fidelity National Law Group**
2450 St. Rose Parkway
Suite 100
Henderson, Nevada 89074
(702) 667-3000

DATED this 28th day of June, 2019.

| **WRIGHT, FINLAY & ZAK, LLP** | **LEACH JOHNSON SONG & GRUCHOW** |
|---|---|
| */s/ Paterno C. Jurani, Esq.* | */s/ T. Chase Pittsenbarger, Esq.* |
| _____ | _____ |
| DANA JONATHON NITZ, ESQ. | SEAN L. ANDERSON, ESQ. |
| Nevada Bar No. 0050 | Nevada Bar No. 7259 |
| PATERNO C. JURANI, ESQ. | T. CHASE PITTSENBARGER, ESQ. |
| Nevada Bar No. 8136 | Nevada Bar No. 13740 |
| 7785 W. Sahara Ave., Suite 200 | 2525 Box Canyon Drive |
| Las Vegas, NV 89117 | Las Vegas, Nevada 89142 |
| | *Attorneys for Aliante Master Association* |
| **FIDELITY NATIONAL LAW GROUP** | **KIM GILBERT EBRON** |
| */s/ Marni R. Watkins, Esq.* | */s/ Diana S. Ebron, Esq.* |
| _____ | _____ |
| MARNI RUBIN WATKINS, ESQ. | DIANA S. EBRON, ESQ. |
| Nevada Bar No. 9674 | Nevada Bar No. 10580 |
| FIDELITY NATIONAL LAW GROUP | JACQUELINE A. GILBERT, ESQ. |
| 2450 St. Rose Parkway, Suite 100 | Nevada Bar No. 10593 |
| Henderson, NV 89074 | KAREN L. HANKS, ESQ. |
| *Attorneys for Plaintiff/Counter Defendants Deutsche Bank National Trust Company, As Trustee for Residential Asset Securitization Trust 2016-A3CB Mortgage Pass-Through Certificates Series 2006-C* | Nevada Bar No. 9578 |
| | 7625 Dean Martin Drive, Suite 110 |
| | Las Vegas, Nevada 89139 |
| | *Attorneys for SFR Investments Pool 1, LLC* |

## **ORDER**

**IT IS HEREBY ORDERED** that the above Stipulation to Extend Time for the Parties to File Their Respective Responses to the Respective Parties' Motions for Summary Judgment, (ECF No. 82), is **GRANTED**.

**DATED** this __28__ day of June, 2019.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT

Fidelity National Law Group
2450 St. Rose Parkway
Suite 100
Henderson, Nevada 89074
(702) 667-3000

**CERTIFICATE OF SERVICE**

The undersigned employee of Fidelity National Law Group, hereby certifies that she served a copy of the foregoing **STIPULATION AND ORDER TO EXTEND TIME FOR THE PARTIES TO FILE THEIR OPPOSITIONS TO THE RESPECTIVE PARTIES' MOTIONS FOR SUMMARY JUDGMENT (ECF NOS. 77, 79 & 81**) upon the following parties on the date below entered (unless otherwise noted), at the fax numbers and/or addresses indicated below by: [ ] (i) placing said copy in an envelope, first class postage prepaid, in the United States Mail at Las Vegas, Nevada, [ ] (ii) via facsimile, [ ] (iii) via courier/hand delivery, [ ] (iv) via overnight mail, and/or [ X ] (v) via electronic delivery through the Court's E-Service List.

**KIM GILBERT EBRON**
DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
7625 Dean Martin Drive, Suite 110
Las Vegas, NV 89139
*Attorney for Defendant/Counterclaimant/Cross-Claimant SFR Investments Pool 1, LLC*

**WRIGHT, FINLAY & ZAK, LLP**
DANA JONATHAN NITZ, ESQ.
Nevada Bar No. 0050
PATERNO C. JURANI, ESQ.
Nevada Bar No. 8136
7785 W. Sahara Avenue, Suite 200
Las Vegas, NV 89117
*Attorneys for Plaintiff/Counter-Defendant Deutsche Bank National Trust Company, As Trustee for Residential Asset Securitization Trust 2006-A3CB Mortgage Pass-Through Certificates Series 2006-C*

**LEACH KERN GRUCHOW ANDERSON SONG**
SEAN L. ANDERSON, ESQ.
Nevada Bar No. 7259
T. CHASE PITTENSBARGER, ESQ.
Nevada Bar No. 13740
2525 Box Canyon Drive
Las Vegas, NV 89128
*Attorneys for Defendant Aliante Master Association*

**DATED**: June 28, 2019

*Rebecca Walcott*
An employee of Fidelity National Law Group

Fidelity National Law Group
2450 St. Rose Parkway
Suite 100
Henderson, Nevada 89074
(702) 667-3000

Page 4 of 4