AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Deutsche Bank National Trust Company

                    Plaintiff,

v.

SFR Investments Pool 1 LLC, et al

                    Defendants.

JUDGMENT IN A CIVIL CASE

Case Number: 2:17-cv-02638-GMN-EJY

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is hereby entered in favor of Aliante Master Association, SFR Investments Pool 1 LLC against Plaintiff, Norman R. Flemens.

May 11, 2020                                      DEBRA K. KEMPI
Date                                                        Clerk

                                                                          /s/ J. Matott
                                                                          Deputy Clerk