1  KAREN L. HANKS, ESQ.
   Nevada Bar No. 9578
2  E-mail: karen@hankslg.com
   CHANTEL M. SCHIMMING, ESQ.
3  Nevada Bar No. 8886
   E-mail: chantel@hankslg.com
4  HANKS LAW GROUP
   7625 Dean Martin Drive, Suite 110
5  Las Vegas, Nevada 89139
   Telephone: (702) 758-8434
6  *Attorneys for SFR Investments Pool 1, LLC*

7

8              **UNITED STATES DISTRICT COURT**

9                  **DISTRICT OF NEVADA**

10 DEUTSCHE BANK NATIONAL TRUST          Case No.  2:17-cv-02638-GMN-EJY
   COMPANY AS TRUSTEE FOR
11 RESIDENTIAL ASSET SECURITIZATION
   TRUST 2006-A3CB MORTGAGE PASS-        **STIPULATION AND ORDER TO EXTEND**
12 THROUGH CERTIFICATES, SERIES 2006-    **DEADLINE  TO  FILE  POST-REMAND**
   C,                                    **MOTIONS FOR SUMMARY JUDGMENT**
13
14                      Plaintiff,

15 vs.

16 SFR INVESTMENTS POOL 1, LLC,
   ALIANTE MASTER ASSOCIATION;
17 NEVADA ASSOCIATION SERVICES, INC.,

18                      Defendants.

19

20         The parties hereby stipulate that the date in which to file the post-remand motions for

21 summary judgment as ordered by this Court be extended to July 14, 2023. The request is made

22 because the parties need additional time to address the post-remand issues, and counsel for SFR

23 will be out of the jurisdiction for the better half of June. Currently, per this Court's minute order

24 the deadline is June 2, 2023. [ECF No. 111].

25 / / /

26 / / /

27 / / /

28

                                        - 1 -

1    This request is not made to prejudice any party or delay the case.

2    DATED this 2nd day of June, 2023                   DATED this 2nd day of June, 2023

3    FIDELITY NATIONAL LAW GROUP                        HANKS LAW GROUP

4

5    /s/ Natalie C. Lehman                              /s/ Karen L. Hanks
     NATALIE C. LEHMAN, ESQ.                            KAREN L. HANKS, ESQ.
6    Nevada Bar No. 12995                               Nevada Bar No. 9578
     8363 West Sunset Road, Suite 120                   7625 Dean Martin Drive, Ste 110
7    Las Vegas, NV 89113                                Las Vegas, Nevada 89139

8    Attorney for Deutsche Bank                         Attorney for SFR Investments Pool 1, LLC

9

10   DATED this 2nd day of June, 2023

11   LEACH KERN GRUCHOW ANDERSON SONG

12

13   /s/ Ryan D. Hastings
     SEAN L. ANDERSON, ESQ.
14   Nevada Bar No. 7259
     RYAN D, HASTINGS, ESQ.
15   Nevada Bar No. 12394
     2525 Box Canyon Drive
16   Las Vegas, Nevada 89128
     Counsel for Aliante Master Association
17

18                                                      **IT IS SO ORDERED.**

19                                                      Dated this ___2___ day of June, 2023.

20

21

22                                                      _____
                                                        Gloria M. Navarro, District Judge
23                                                      UNITED STATES DISTRICT COURT

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of June, 2023, pursuant to FRCP 5, I served via the CM/ECF electronic filing system a true and correct copy of **STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE POST-REMAND MOTIONS FOR SUMMARY JUDGMENT**, to the following parties:

| | |
|---|---|
| Christina V. Miller | cmiller@wrightlegal.net |
| Natalie C. Lehman | natale.lehman@fnf.com |
| Brandon E. Wood | brandon@nas-inc.com |
| Ryan D. Hastings | rhastings@lkglawfirm.com |

/s/ Diane L. DeWalt
An Employee of Hanks Law Group

- 3 -