**NATALIE C. LEHMAN, ESQ.**
Nevada Bar No. 12995
**FIDELITY NATIONAL LAW GROUP**
8363 W. Sunset Road Ste. 120
Las Vegas, Nevada 89113
Tel: (702) 667-3000
Fax: (702) 938-8721
Email: Natalie.Lehman@fnf.com
*Attorneys for Defendant Deutsche Bank*
*National Trust Co. as Trustee*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A3CB MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-C,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, ALIANTE MASTER ASSOCIATION; NEVADA ASSOCIATION SERVICES, INC.,<br><br>Defendants. | CASE NO.: 2:17-cv-02638-GMN-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEUTSCHE BANK NATIONAL TRUST COMPANY TO RESPOND TO ALLIANTE MASTER ASSOCIATION'S MOTION FOR SUMMARY JUDGMENT** |

The parties hereby stipulate that the date in which Deutsche Bank National Trust Company as Trustee ("Deutsche Bank") may file its response to Aliante Master Association's ("Aliante") motion for summary judgment [ECF No. 114] be extended to August 4, 2023. The request is made because the Court recently granted the parties' stipulation to extend the post-remand motions for summary judgment until July 14, 2023. [ECF No. 113] It is expected that SFR Investments Pool 1, LLC will file a motion for summary judgment that includes the grounds in Aliante's motion. Thus, Deutsche Bank expects to file a single response to both motions, which will streamline the briefing.

///

///

///

///

This request is not made to prejudice any party or delay the case.

DATED this 9th day of June, 2023.                    DATED this 9th day of June, 2023

FIDELITY NATIONAL LAW GROUP                          HANKS LAW GROUP

*/s/ Natalie C. Lehman*                              */s/ Karen L. Hanks*
NATALIE C. LEHMAN, ESQ.                              KAREN L. HANKS, ESQ.
Nevada Bar No. 12995                                 Nevada Bar No. 9578
8363 West Sunset Road, Suite 120                     7625 Dean Martin Drive, Ste 110
Las Vegas, NV 89113                                  Las Vegas, Nevada 89139

*Attorney for Deutsche Bank*                         *Attorney for SFR Investments Pool 1, LLC*

DATED this 9th day of June, 2023

LEACH KERN GRUCHOW ANDERSON SONG

*/s/ Sean L. Anderson*
SEAN L. ANDERSON, ESQ.
Nevada Bar No. 7259
RYAN D, HASTINGS, ESQ.
Nevada Bar No. 12394
2525 Box Canyon Drive Las Vegas, Nevada 89128
*Counsel for Aliante Master Association*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT

June 15, 2023

2

DATED:_____

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of June, 2023, pursuant to FRCP 5, I served via the CM/ECF electronic filing system a true and correct copy of Stipulation and Order To Extend Deadline For Deutsche Bank National Trust Company To Respond To Alliante Master Association's Motion For Summary Judgment, to the following parties:

| | |
|---|---|
| Christina V. Miller | cmiller@wrightlegal.net |
| Natalie C. Lehman | natale.lehman@fnf.com |
| Ryan D. Hastings | rhastings@lkglawfirm.com |

**DATED**: June 9, 2023            /s/ Heidi Cooling
                                    An Employee of Fidelity National Law Group