**NATALIE C. LEHMAN, ESQ.**
Nevada Bar No. 12995
**FIDELITY NATIONAL LAW GROUP**
8363 W. Sunset Road Ste. 120
Las Vegas, Nevada 89113
Tel: (702) 667-3000
Fax: (702) 938-8721
Email: Natalie.Lehman@fnf.com
*Attorneys for Defendant Deutsche Bank*
*National Trust Co. as Trustee*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A3CB MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-C,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, ALIANTE MASTER ASSOCIATION; NEVADA ASSOCIATION SERVICES, INC.,<br><br>Defendants. | CASE NO.: 2:17-cv-02638-GMN-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR PARTIES TO RESPOND TO MOTIONS FOR SUMMARY JUDGMENT** |

The parties hereby stipulate that the date in which the parties may file their responses to the pending motions for summary judgment [ECF Nos. 114, 119, 120] be extended to September 22, 2023. The request is made because the parties require additional time in light of several factors affecting counsel and their schedules, including the summer schedule of client representatives whose input and approval is needed; and the schedule of certain counsel, who will be out of the office for approximately two weeks.

///

///

///

///

///

1

This request is not made to prejudice any party or delay the case.

| | |
|---|---|
| DATED this 2nd day of August, 2023 | DATED this 2nd day of August, 2023 |
| FIDELITY NATIONAL LAW GROUP | HANKS LAW GROUP |
| /s/ Natalie C. Lehman | /s/ Karen L. Hanks |
| NATALIE C. LEHMAN, ESQ. | KAREN L. HANKS, ESQ. |
| Nevada Bar No. 12995 | Nevada Bar No. 9578 |
| 8363 West Sunset Road, Suite 120 | 7625 Dean Martin Drive, Ste 110 |
| Las Vegas, NV 89113 | Las Vegas, Nevada 89139 |
| *Attorney for Deutsche Bank* | *Attorney for SFR Investments Pool 1, LLC* |

DATED this 2nd day of August, 2023

LEACH KERN GRUCHOW ANDERSON SONG

/s/ Ryan D. Hastings
SEAN L. ANDERSON, ESQ.
Nevada Bar No. 7259
RYAN D, HASTINGS, ESQ.
Nevada Bar No. 12394
2525 Box Canyon Drive Las Vegas, Nevada 89128
*Counsel for Aliante Master Association*

**IT IS SO ORDERED**

_____
UNITED STATES DISTRICT COURT

DATED: August 2, 2023

**CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of August, 2023, pursuant to FRCP 5, I served via the CM/ECF electronic filing system a true and correct copy of Stipulation and Order To Extend Deadline For Deutsche Bank National Trust Company To Respond To Alliante Master Association's Motion For Summary Judgment, to the following parties:

| | |
|---|---|
| Christina V. Miller | cmiller@wrightlegal.net |
| Natalie C. Lehman | natale.lehman@fnf.com |
| Ryan D. Hastings | rhastings@lkglawfirm.com |

**DATED**: August 2, 2023        */s/ Lace Engelman*
                                  An Employee of Fidelity National Law Group

3