1

**NATALIE C. LEHMAN, ESQ.**
Nevada Bar No. 12995

2
**FIDELITY NATIONAL LAW GROUP**
8363 W. Sunset Road Ste. 120

3
Las Vegas, Nevada 89113
Tel: (702) 667-3000

4
Fax: (702) 938-8721
Email: Natalie.Lehman@fnf.com

5
*Attorneys for Defendant Deutsche Bank*
*National Trust Co. as Trustee*

6
### UNITED STATES DISTRICT COURT

7
### DISTRICT OF NEVADA

8

9
DEUTSCHE BANK NATIONAL TRUST
COMPANY AS TRUSTEE FOR RESIDENTIAL
ASSET SECURITIZATION TRUST 2006-A3CB

10
MORTGAGE PASS-THROUGH
CERTIFICATES, SERIES 2006-C,

CASE NO.: 2:17-cv-02638-GMN-EJY

11

12
Plaintiff,

**STIPULATION AND ORDER TO**
**EXTEND DEADLINE FOR**

13
vs.

**PARTIES TO FILE REPLIES IN**
**SUPPORT OF MOTIONS FOR**

**SUMMARY JUDGMENT**

14
SFR INVESTMENTS POOL 1, LLC, ALIANTE
MASTER ASSOCIATION; NEVADA

15
ASSOCIATION SERVICES, INC.,

16
Defendants.

17

18
        The parties hereby stipulate that the date in which the parties may file their replies in support

19
of the pending motions for summary judgment [ECF Nos. 124, 125, 128, 114, 119, 120] be extended

20
to November 3, 2023. The request is made because the parties require additional time in light of

21
several factors affecting counsel and their schedules, including the schedules of client

22
representatives whose input and approval is needed.

23
///

24
///

25
///

26
///

27
///

28
///

1

1          This request is not made to prejudice any party or delay the case.

2    DATED this 2nd day of October, 2023     DATED this 2nd day of October, 2023

3    FIDELITY NATIONAL LAW GROUP     HANKS LAW GROUP

4

5    /s/ Natalie C. Lehman           /s/ Karen L. Hanks (with permission)
     NATALIE C. LEHMAN, ESQ.       KAREN L. HANKS, ESQ.

6    Nevada Bar No. 12995            Nevada Bar No. 9578
     8363 West Sunset Road, Suite 120    7625 Dean Martin Drive, Ste 110

7    Las Vegas, NV 89113             Las Vegas, Nevada 89139

8    *Attorney for Deutsche Bank*       *Attorney for SFR Investments Pool 1,*
                                                    *LLC*
9

10   DATED this 2nd day of October, 2023

11

12   LEACH KERN GRUCHOW ANDERSON SONG

13   /s/ Ryan D. Hastings (with permission)
     SEAN L. ANDERSON, ESQ.

14   Nevada Bar No. 7259
     RYAN D, HASTINGS, ESQ.

15   Nevada Bar No. 12394

16   2525 Box Canyon Drive Las Vegas, Nevada 89128
     *Counsel for Aliante Master Association*

17

18

19                          **IT IS SO ORDERED.**

20

21                          UNITED STATES DISTRICT COURT

22

23                          DATED: October 5, 2023

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of October, 2023, pursuant to FRCP 5, I served via the CM/ECF electronic filing system a true and correct copy of Stipulation and Order To Extend Deadline For Deutsche Bank National Trust Company To Respond To Alliante Master Association's Motion For Summary Judgment, to the following parties:

Christina V. Miller                    cmiller@wrightlegal.net

Natalie C. Lehman                     natale.lehman@fnf.com

Ryan D. Hastings                      rhastings@lkglawfirm.com


**DATED**: <u>October 2, 2023</u>                    <u>*/s/ Lace Engelman*</u>
                                              An Employee of Fidelity National Law
                                              Group