**NATALIE C. LEHMAN, ESQ.**
Nevada Bar No. 12995
**FIDELITY NATIONAL LAW GROUP**
8363 W. Sunset Road Ste. 120
Las Vegas, Nevada 89113
Tel: (702) 667-3000
Fax: (702) 938-8721
Email: Natalie.Lehman@fnf.com
*Attorneys for Defendant Deutsche Bank National Trust Co. as Trustee*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A3CB MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-C,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, ALIANTE MASTER ASSOCIATION; NEVADA ASSOCIATION SERVICES, INC.,<br><br>Defendants. | CASE NO.: 2:17-cv-02638-GMN-EJY<br><br>**SECOND STIPULATION AND ORDER TO EXTEND DEADLINE FOR PARTIES TO FILE REPLIES IN SUPPORT OF MOTIONS FOR SUMMARY JUDGMENT** |

The parties hereby stipulate that the date in which the parties may file their replies in support of the pending motions for summary judgment [ECF Nos. 114, 119, 120, 124, 125, 128] be extended from November 3, 2023 to November 17, 2023. The request is made because the parties require additional time in light of several factors affecting counsel and their schedules, including the schedules of client representatives whose input and approval is needed.

///

///

///

///

///

///

1

1   This request is not made to prejudice any party or delay the case.

2   DATED this 30th day of October, 2023 | DATED this 30th day of October, 2023

3   FIDELITY NATIONAL LAW GROUP | HANKS LAW GROUP

5   */s/ Natalie C. Lehman* | */s/ Karen L. Hanks (with permission)*
NATALIE C. LEHMAN, ESQ. | KAREN L. HANKS, ESQ.
6   Nevada Bar No. 12995 | Nevada Bar No. 9578
8363 West Sunset Road, Suite 120 | 7625 Dean Martin Drive, Ste 110
7   Las Vegas, NV 89113 | Las Vegas, Nevada 89139

8   *Attorney for Deutsche Bank* | *Attorney for SFR Investments Pool 1, LLC*

10  DATED this 30th day of October, 2023

12  LEACH KERN GRUCHOW ANDERSON SONG

13  */s/ Ryan D. Hastings (with permission)*
SEAN L. ANDERSON, ESQ.
14  Nevada Bar No. 7259
RYAN D, HASTINGS, ESQ.
15  Nevada Bar No. 12394
2525 Box Canyon Drive Las Vegas, Nevada 89128
16  *Counsel for Aliante Master Association*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT

DATED: October 31, 2023

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of October, 2023, pursuant to FRCP 5, I served via the CM/ECF electronic filing system a true and correct copy of Stipulation and Order To Extend Deadline For Deutsche Bank National Trust Company To Respond To Alliante Master Association's Motion For Summary Judgment, to the following parties:

| | |
|---|---|
| Christina V. Miller | cmiller@wrightlegal.net |
| Natalie C. Lehman | natale.lehman@fnf.com |
| Ryan D. Hastings | rhastings@lkglawfirm.com |

**DATED**: October 30, 2023         /s/ Heidi Cooling
                                    An Employee of Fidelity National Law Group