1  **NATALIE C. LEHMAN, ESQ.**
   Nevada Bar No. 12995
2  **FIDELITY NATIONAL LAW GROUP**
   8363 W. Sunset Road Ste. 120
3  Las Vegas, Nevada 89113
   Tel: (702) 667-3000
4  Fax: (702) 938-8721
   Email: Natalie.Lehman@fnf.com
5  *Attorneys for Defendant Deutsche Bank*
   *National Trust Co. as Trustee*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A3CB MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-C, <br><br> Plaintiff, <br><br> vs. <br><br> SFR INVESTMENTS POOL 1, LLC, ALIANTE MASTER ASSOCIATION; NEVADA ASSOCIATION SERVICES, INC., <br><br> Defendants. | CASE NO.: 2:17-cv-02638-GMN-EJY <br><br> **STIPULATION AND ORDER TO EXTEND BRIEFING DEADLINES** <br> **(First Request)** |

The parties hereby stipulate that the date in which Plaintiff may file its response to Defendant SFR Investments Pool 1, LLC's Motion to Certify a Question of Law to the Nevada Supreme Court (ECF No.138) be extended from November 28, 2023 to December 15, 2023. The request is made because of the intervening Thanksgiving holiday that immediately precedes the current deadline, and Plaintiff requires additional time in light of several factors affecting counsel and their schedules, including the schedules of client representatives whose input and approval is needed. The parties further stipulate that SFR shall have until January 5, 2024 to file its reply.

///

///

///

///

1

1     This request is not made to prejudice any party or delay the case.

2   DATED this 20th day of Nov., 2023       DATED this 20th day of Nov., 2023

3   FIDELITY NATIONAL LAW GROUP     HANKS LAW GROUP

5   */s/ Natalie C. Lehman*             */s/ Karen L. Hanks (with permission)*
    NATALIE C. LEHMAN, ESQ.         KAREN L. HANKS, ESQ.
6   Nevada Bar No. 12995                Nevada Bar No. 9578
    8363 West Sunset Road, Suite 120      7625 Dean Martin Drive, Ste 110
7   Las Vegas, NV 89113                 Las Vegas, Nevada 89139

8   *Attorney for Deutsche Bank*          *Attorney for SFR Investments Pool 1, LLC*

10   DATED this 20th day of November, 2023

12   LEACH KERN GRUCHOW ANDERSON SONG

13   */s/ Ryan D. Hastings (with permission)*
    SEAN L. ANDERSON, ESQ.
14   Nevada Bar No. 7259
    RYAN D, HASTINGS, ESQ.
15   Nevada Bar No. 12394
16   2525 Box Canyon Drive Las Vegas, Nevada 89128
    *Counsel for Aliante Master Association*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT

DATED:  November 20, 2023

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of November, 2023, pursuant to FRCP 5, I served via the CM/ECF electronic filing system a true and correct copy of Stipulation and Order To Extend Deadline For Deutsche Bank National Trust Company To Respond To Defendant SFR Investments, LLC's Motion to Certify a Question to the Nevada Supreme Court, to the following parties:

| | |
|---|---|
| Christina V. Miller | cmiller@wrightlegal.net |
| Stephanie Garabedian | sgarabedian@wrightlegal.net |
| Ryan D. Hastings | rhastings@lkglawfirm.com |

**DATED**: November 20, 2023          */s/ Lace Engelman*
                                      An Employee of Fidelity National Law Group