1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Stephanie A. Garabedian, Esq.
Nevada Bar No. 9612
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(949) 477-5050; Fax: (702) 946-1345
sgarabedian@wrightlegal.net
*Attorney for Plaintiff/Counter-Defendant, Deutsche Bank National Trust Company, As Trustee
for Residential Asset Securitization Trust 2006-A3CB Mortgage Pass-Through Certificates
Series 2006-C and Cross-Defendant, Mortgage Electronic Registration Systems, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

DEUTSCHE BANK NATIONAL TRUST
COMPANY AS TRUSTEE FOR
RESIDENTIAL ASSET SECURITIZATION
TRUST 2006-A3CB MORTGAGE PASS-
THROUGH CERTIFICATES, SERIES 2006-C,

          Plaintiff,

    vs.

SFR INVESTMENTS POOL 1, LLC;
ALIANTE MASTER ASSOCIATION;
NEVADA ASSOCIATION SERVICES, INC.;

         Defendants.

SFR INVESTMENTS POOL 1, LLC,

         Counter/Cross Claimant,

    vs.

DEUTSCHE BANK NATIONAL TRUST
COMPANY AS TRUSTEE FOR
RESIDENTIAL ASSET SECURITIZATION
TRUST 2006-A3CB MORTGAGE PASS-
THROUGH CERTIFICATES, SERIES 2006-C;
MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC., AS
NOMINEE BENEFICIARY FOR MERIDIAS
CAPITAL, INC.; NORMAN R. FLEMENS, an
individual,

         Counter/Cross Defendants.

Case No.: 2:17-cv-02638-GMN-EJY

**STIPULATION TO CONTINUE STATUS
HEARING**

**(First Request)**

<u>**STIPULATION TO CONTINUE STATUS HEARING**</u>

Deutsche Bank National Trust Company as Trustee for Residential Asset Securitization Trust 2006-A3CB Mortgage Pass-Through Certificates, Series 2006-C ("Deutsche Bank"), SFR Investments Pool 1, LLC ("SFR") and Aliante Master Association ("HOA", collectively the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

1. On January 25, 2024, the Parties attended a Settlement Conference and a confidential settlement was reached.

2. On January 26, 2024, the Court entered minutes [ECF No. 146] requiring the Parties to participate in a telephonic status hearing on March 28, 2024.

3. The Parties are continuing to finalize the language of their written agreement and request the status hearing be continued at least 30 days.

/././
/././
/././
/././
/././
/././
/././
/././
/././
/././
/././
/././
/././
/././
/././
/././
/././

4. This is the first request for a continuance of the status hearing and it is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

DATED this 13th day of March, 2024.

WRIGHT, FINLAY & ZAK, LLP

*/s/ Stephanie Garabedian, Esq.*

Christina V. Miller, Esq.
Nevada Bar No. 12448
Stephanie A. Garabedian, Esq.
Nevada Bar No. 9612
7785 W. Sahara Avenue, Suite 200
Las Vegas, Nevada 89117
*Attorneys for Plaintiff/Counter-Defendant, Deutsche Bank National Trust Company, As Trustee for Residential Asset Securitization Trust 2006-A3CB Mortgage Pass-Through Certificates Series 2006-C and Cross-Defendant, Mortgage Electronic Registration Systems, Inc.*

DATED this 13th day of March, 2024.

LEACH KERN GRUCHOW ANDERSON SONG

*/s/ Ryan D. Hastings*

Ryan D. Hastings, Esq.
Nevada Bar No. 12394
2525 Box Canyon Drive
Las Vegas, Nevada 89128
*Attorneys for Defendant Aliante Master Association*

DATED this 13th day of March, 2024.

HANKS LAW GROUP

*/s/ Chantel M. Schimming*

Karen L. Hanks, Esq.
Nevada Bar No. 9578
Chantel M. Schimming, Esq.
Nevada Bar No. 8886
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
*Attorneys for Defendant/Counter-claimant/Cross-claimant, SFR Investments Pool 1, LLC*

IT IS SO ORDERED.

IT IS FURTHER ORDERED that the telephonic status hearing set for March 28, 2024 is vacated and rescheduled for **April 29, 2024 at 10:00 a.m.** If dismissal papers are lodged with the Court by or before this date, the telephonic status hearing will be automatically vacated.

The Parties are instructed to call the Audio Conference Line at **(888) 251-2909, access code 7771745,** five (5) minutes prior to the hearing time. Please remain on the line until such time as the Court joins the call and convenes the proceedings. The use of a cell phone or speaker phone during the call is prohibited. The call must be made using a land line.

_____
U.S. MAGISTRATE JUDGE

Dated: March 13, 2024