
|   |   |
|---|---|
| 1 | WRIGHT, FINLAY & ZAK, LLP |
| 2 | Darren T. Brenner, Esq.<br>Nevada Bar No. 8386 |
| 3 | Stephanie A. Garabedian, Esq.<br>Nevada Bar No. 9612 |
| 4 | 7785 W. Sahara Ave., Suite 200<br>Las Vegas, NV 89117 |
| 5 | (949) 477-5050; Fax: (702) 946-1345 |
| 6 | sgarabedian@wrightlegal.net |

*Attorney for Plaintiff/Counter-Defendant, Deutsche Bank National Trust Company, As Trustee for Residential Asset Securitization Trust 2006-A3CB Mortgage Pass-Through Certificates Series 2006-C and Cross-Defendant, Mortgage Electronic Registration Systems, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A3CB MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-C,<br><br>       Plaintiff,<br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC;<br>ALIANTE MASTER ASSOCIATION;<br>NEVADA ASSOCIATION SERVICES, INC.;<br><br>       Defendants.<br><br>SFR INVESTMENTS POOL 1, LLC,<br><br>       Counter/Cross Claimant,<br>vs.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR RESIDENTIAL ASSET SECURITIZATION TRUST 2006-A3CB MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-C; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE BENEFICIARY FOR MERIDIAS CAPITAL, INC.; NORMAN R. FLEMENS, an individual,<br><br>       Counter/Cross Defendants. | Case No.: 2:17-cv-02638-GMN-EJY<br><br>**STIPULATION TO DISMISS WITH PREJUDICE** |

## STIPULATION TO DISMISS WITH PREJUDICE

Plaintiff/Counter-Defendant, Deutsche Bank National Trust Company, As Trustee for Residential Asset Securitization Trust 2006-A3CB Mortgage Pass-Through Certificates Series 2006-C, Defendant/Counter-claimant/Cross-claimant, SFR Investments Pool 1, LLC, Defendant, Aliante Master Association, and Cross-Defendant, Mortgage Electronic Registration Systems, Inc. (collectively the "Parties"), by and through their undersigned attorneys of record, hereby stipulate and agree that the above-captioned action, and any and all claims between the Parties, shall be dismissed with prejudice, with each party to bear their own fees and costs.

IT IS SO STIPULATED.

DATED this 30th day of May, 2024.

WRIGHT, FINLAY & ZAK, LLP

/s/ Stephanie Garabedian, Esq.
Stephanie A. Garabedian, Esq.
Nevada Bar No. 9612
7785 W. Sahara Avenue, Suite 200
Las Vegas, Nevada 89117
*Attorneys for Plaintiff/Counter-Defendant, Deutsche Bank National Trust Company, As Trustee for Residential Asset Securitization Trust 2006-A3CB Mortgage Pass-Through Certificates Series 2006-C and Cross-Defendant, Mortgage Electronic Registration Systems, Inc.*

DATED this 30th day of May, 2024.

HANKS LAW GROUP

/s/ Karen L. Hanks, Esq.
Karen L. Hanks, Esq.
Nevada Bar No. 9578
Chantel M. Schimming, Esq.
Nevada Bar No. 8886
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
*Attorneys for Defendant/Counter-claimant/Cross-claimant, SFR Investments Pool 1, LLC*

DATED this 30th day of May, 2024.

LEACH KERN GRUCHOW ANDERSON SONG

/s/ Ryan D. Hastings, Esq.
Ryan D. Hastings, Esq.
Nevada Bar No. 12394
2525 Box Canyon Drive
Las Vegas, Nevada 89128
*Attorneys for Defendant Aliante Master Association*

IT IS SO ORDERED.

DATED: May 31, 2024

_____
UNITED STATES DISTRICT COURT JUDGE